UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

CR-18-61-GF-BMM

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| SHAYANNA MARIE ENGLAND, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 4th day of March, 2019.

_____
Brian Morris
United States District Court Judge