# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAYANNA MARIE ENGLAND,<br><br>Defendant. | CR 18-61-GF-BMM<br><br>**JUDGMENT OF ACQUITTAL** |

This case having been tried to a jury, and in accordance with the verdict of the jury reached on March 6, 2019, **IT IS ORDERED** that the Defendant is **ACQUITTED** of Count 2 of the Superseding Indictment.

DATED this 11th day of March, 2019.

_____
Brian Morris
United States District Court Judge